IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DEBORAH BUSH GERVASI, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RICHARD A. WHITING**, <br><br>**Plaintiff,**<br><br>v.<br><br>**WARNER/CHAPPELL MUSIC, INC., A DIVISION OF WARNER MUSIC GROUP CORP.,**<br><br>**Defendant.** | Case No. 3:12-cv-0627<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge Nixon<br>Magistrate Judge Bryant |

ORDER:
Motion granted.
Initial case management conference RESCHEDULED to November 6, 2012, at 10:00 a.m.

*s/ John S. Bryant*
U.S. Magistrate Judge

## SECOND MOTION FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Deborah Bush Gervasi, individually and on behalf of the Estate of Richard A. Whiting, moves this court for a forty-five day continuance of the Initial Case Management Conference and states as follows:

Plaintiff filed her Complaint on June 20, 2012. Plaintiff amended her Complaint on June 22, 2012. Plaintiff subsequently agreed to an extension of time allowing Defendant Warner/Chappell Music, Inc. to file its Answer or otherwise move on or before August 15, 2012. Plaintiff has now agreed to an additional extension of time. No appearance of counsel has been made on behalf of Defendant. During the course of the extension, the Parties are attempting to exchange documents and resolve their differences through settlement.

The Initial Case Management Conference is currently set for September 17, 2012. Both Parties agree efficiency will best be served by allowing the Parties to attempt settlement and have the benefit of an initial responsive pleading before the Initial Case Management

1