IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH BUSH GERVASI, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RICHARD A. WHITING,<br><br>Plaintiff,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., A DIVISION OF WARNER MUSIC GROUP CORP.,<br><br>Defendant. | Case No. 3:12-cv-0627<br><br><br><br>Judge Nixon<br>Magistrate Judge Bryant |

## MOTION OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.01(f), Defendant hereby gives notice of the withdrawal of Howell O'Rear as one of the Defendant's attorneys of record in this case. Mr. O'Rear is no longer associated with the law firm Riley Warnock & Jacobson, PLC. Defendant will continue to be represented in this matter by Timothy L. Warnock.

Respectfully submitted,

s/ Timothy L. Warnock
Timothy L. Warnock (BPR #12844)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700 – telephone
(615) 320-3737 – facsimile
twarnock@rwjplc.com

*Attorneys for Defendant*

1