IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH BUSH GERVASI, <br><br> Plaintiff, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., A DIVISION OF WARNER MUSIC GROUP CORP., <br><br> Defendant. | Case No. 3:12-cv-0627 <br><br> Judge Aleta A. Trauger |

## MOTION FOR PERMISSION TO FILE IN PRO SE

Plaintiff moves for permission by the Court to File Motions in Pro Se.

Dated: October 12, 2021

Respectfully submitted,

*Deborah B Gervasi*
Deborah B. Gervasi
In Pro Se
dbwhiting@aol.com
25 Littlefield Rd
Standish, ME 04084
Tel: 516-380-6219

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon the following via the Court's ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including the following:

William L. Niro
Aronberg Goldgehn Davis & Garmisa
330 North Wabash
Suite 1700
Chicago, IL 60611
(312) 828-9600
wniro@agdglaw.com

Richard S. Busch
King & Ballow
315 Union Street,
Suite 1100
Nashville, TN 37201
rbusch@kingballow.com

Keane A. Barger
Timothy L. Warnock
Timothy G. Harvey
Keane A. Barger
Riley Warnock & Jacobson PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
kbarger@rwjplc.com
twarnock@rwjplc.com
tharvey@rwjplc.com

/s/ *Deborah B. Gervasi*
In Pro Se
25 Littlefield Rd
Standish, ME 04084
Tel: 516-380-6219
dbwhiting@aol.com

Gervasi
25 Littlefield Rd.
Standish ME
04084

Court Clerk
Federal District Court
8th Floor / Room 811
801 Broadway
Nashville, TN 37203

PRESS FIRMLY TO SEAL

 

PRESS FIR



U.S. POSTAGE PAID
PME 1-Day
STANDISH, ME
04084
OCT 13, 21
AMOUNT
**$27.10**
R2304H107723-10

1007  37203

# PRIORITY MAIL EXPRESS®

 | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE 516-380-6219
DEBORAH B. GERVASI
25 LITTLEFIELD RD.
STANDISH, ME 04084

EJ 856 180 185 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct.   Federal Agency Acct. No. or Postal Service™ Acct. No.

46

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

RECEIVED
in Clerk's Office
OCT 14 2021
U.S. District Court
Middle District of TN

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

**TO:** (PLEASE PRINT)  PHONE ( )
Court Clerk
Federal District Court
8th Floor / Room 811
801 Broadway Nashville, TN
ZIP + 4
3 7 2 0 3

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 04084
Scheduled Delivery Date: 10-14-21
Postage: $27.10
Date Accepted: 10-13-21
Scheduled Delivery Time: 3:00 PM
Time Accepted: 12:24 PM
Flat Rate  Acceptance Employee Initials: MH
Total Postage & Fees: $27.10

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

⬅ PEEL FROM THIS CORNER



